

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Md. Ashfaquzzaman (Shawn) Choudhury
77 Water Street, Suite 2100
New York, New York 10005
Shawn.Choudhury@lewisbrisbois.com
Direct: 646.783.0922

December 2, 2024

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Getfield v. Mitchell et al.
Case No. 1:24-cv-05920

Dear Judge Koeltl:

> *The December 10, 2024 Conference is cancelled. Any further conferences should be scheduled by the Magistrate Judge. So ordered. 12/3/24 /s/ JGK/USDJ*

On behalf of the defendants, and with the consent of plaintiff's counsel, I respectfully submit this joint request to adjourn the conference currently scheduled for December 10, 2024, to a date convenient for the Court after that time.

The basis for this request is scheduling conflicts. Additionally, the parties anticipate consenting to proceed before a magistrate judge, which may render a conference before Your Honor unnecessary. This is the first request for an adjournment of this conference.

Thank you for your attention to this matter.

Very truly yours,

/s/ *Md. Ashfaquzzaman (Shawn) Choudhury*

Md. Ashfaquzzaman (Shawn) Choudhury for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)