

Julia Harvey
77 Water Street, Suite 2100
New York, New York 10005
Julia.Harvey@lewisbrisbois.com
Direct: 646.989.9424

January 2, 2025

> The parties' request at ECF No. 11 is **GRANTED**. The deadline for them to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan is EXTENDED up to and including **January 17, 2025**.
>
> The Clerk of Court is respectfully directed to close ECF No. 11.
>
> SO ORDERED.   January 2, 2025
>
> *(signature)*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Magistrate Judge Sarah L. Cave
500 Pearl Street, Room 18A
New York, NY 10007

Re:   Getfield v. Mitchell, et al.
      Venue :            U.S. Dist. Court, Southern Dist. of NY
      Civil Action No.:  1:24-cv-5920
      Our File No.:      31165.546

Dear Judge Cave:

Please allow the following to serve as the parties joint request for an extension of time to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan.

The original due date for the aforementioned materials is January 3, 2025. There have been no prior requests for adjournment or extension. The reason for the present request is that the handling defense attorney, Ashfaquzzaman Choudhury, Esq., is unfortunately presently facing a very serious family medical emergency. In compliance with the Court's directives, Mr. Choudhury previously met and conferred with the handling plaintiff's attorney, Adam Handler, Esq., with respect to the instant matter.

That being said, in light of the unforeseen family medical emergency that Mr. Choudhury is facing, the parties jointly request the Court to extend the time to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan from January 3, 2025 until January 17, 2025.

Respectfully,

/s/

Julia Harvey of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC via ECF:
Attorneys for Plaintiff

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

150540951.1