UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE GETFIELD,

                Plaintiff,

-v-                                        CIVIL ACTION NO.: 24 Civ. 5920 (SLC)

                                              **ORDER**

ADRIAN MITCHELL, et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by January 3, 2025. (ECF No. 9). The Court granted the parties' request to extend that deadline to January 17, 2025. (ECF Nos. 11; 12). On January 17, 2025, Defendants erroneously filed a document from a case not before this Court, but Defendants labeled their filing on ECF as a second letter motion for extension of time. The Court construes the erroneously filed document as a joint motion for extension of time, and that request is **GRANTED**. On or before **January 31, 2025**, the parties shall file their PCMP.

The Clerk of Court is respectfully directed to close ECF No. 13.

Dated:      New York, New York
              January 21, 2025

                                                    SO ORDERED.

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**