UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE GETFIELD,

                Plaintiff,

-v-

ADRIAN MITCHELL, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 5920 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    An initial case management conference is scheduled for **Wednesday, February 5, 2025 at 2:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 303 613 512#, at the scheduled time.

Dated:    New York, New York
              January 29, 2025

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**